UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREA DENISE CALLOWAY,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C13-05657 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING DEFENDANT'S DECISION TO DENY BENEFITS

     This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom. Dkt. 15. The Magistrate Judge recommends that the Commissioner's decision to deny supplemental security income benefits be reversed and this matter remanded for further administrative proceedings. *Id.* No objections have been filed to the Report and Recommendation.

     The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER:**

  (1)   The Court adopts the Report and Recommendation;

  (2)   The ALJ erred in her decision as described in the Report and Recommendation;

  (3)   The matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings; and

ORDER - 1

1    (4)   The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 23rd day of June, 2014.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 2